IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY BREESMEN, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : CIVIL ACTION NUMBER: |
| ALIGHT SOLUTIONS, LLC, | : 1:21-CV-5140-JPB |
| | : |
| Defendant. | : |

# **ORDER**

The Court has been informed by Defendant's counsel that there is a scheduling conflict with the mediation that is currently scheduled for April 19, 2022 at 9:30 a.m.

Therefore, the Court hereby reschedules the mediation for **9:30 a.m. on May 10, 2022**. Settlement statements are now due on or before **May 3, 2022** by 4:00 p.m.

All other previous instructions in the Court's prior order apply.

**IT IS SO ORDERED** this 16th day of March, 2022.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE